1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10
11
12  ROBERT JAMES FRANKS,          )    No. CV 09-8690-CBM(CW)
                                  )    [Consolidated cases:
13            Petitioner,         )    No. CV 10-594-CBM(CW)
                                  )    No. CV ~~10-1318~~-CBM(CW)]
14                                )         10-1319
                                  )    JUDGMENT
15        v.                      )
                                  )
16                                )
                                  )
17  LINDA SANDERS (WARDEN),       )
                                  )
18            Respondent.         )
19  _____)

20        **IT IS ADJUDGED** that the petitions for writ of habeas corpus are

21  denied and this consolidated action is dismissed with prejudice.

22
23  DATED: _____September 12, 2012_____

24

25                                  _____
                                         CONSUELO B. MARSHALL
26                                    United States District Judge
27
28